USDC SDNY
DOCUMENT ELECTRONICALLY
FILED DOC #: _____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IRVING H. PICARD, Trustee for the                             :
Liquidation of Bernard L. Madoff Investment                   :
Securities LLC, and Bernard L. Madoff,                        :
                                                              :
                              Plaintiff,                      :     1:20-cv-01278-GHW
            -v-                                               :
                                                              :           ORDER
THE ESTATE OF ALLEN MEISELS, PEGGY                            :
A. MEISELS, in her capacity as executrix of the               :
estate of Allen Meisels, and DAVID T.                         :
MULDBERG, in her capacity as executrix of the                 :
estate of Allen Meisels,                                      :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This case is referred to the bankruptcy judges of the Southern District of New York for proposed findings of fact and conclusions of law on the Trustee's proposed motion for summary judgment.

SO ORDERED.

Dated: June 8, 2020

                                                  _____
                                                        GREGORY H. WOODS
                                                      United States District Judge